**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES M. WAMPLER,**

    **Plaintiff,**

v.                               **CASE NO.: 8:17-cv-02919-CEH-JSS**

**FLORIDA POLYTECHNIC BOARD OF TRUSTEES**

    **Defendant.**

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, JAMES M. WAMPLER, and Defendant, FLORIDA POLYTECHNIC BOARD OF TRUSTES, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 14th day of May, 2018.

| | |
|---|---|
| Allen, Norton & Blue, P.A. | WENZEL FENTON CABASSA, P.A. |
| 906 North Monroe Street | 1110 North Florida Avenue |
| Tallahassee, FL 32303 | Suite 300 |
| Telephone: (850) 561-3503 | Tampa, Florida 33602 |
| Facsimile: (850) 561-0332 | Telephone: 813-224-0431 |
| | Facsimile: 813-229-8712 |
| BY: */s/ Mark L. Bonfanti* | BY: */s/ Christopher Saba* |
|     Mark L. Bonfanti |     Christopher J. Saba |
|     Florida Bar Number: 0010185 |     Florida Bar Number: 0092016 |
|     E-mail: mbonfanti@anblaw.com |     E-mail: csaba@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |